# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIILIA PUGH, PhD. and<br>TOMMIE PUGH<br><br>Plaintiff<br>v.<br>DOCTORS MEDICAL CENTER and<br>MALCOLM JOHNSON, M.D.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br><br>C08-04159<br><br>ADR<br>PJH |

**Summons in a Civil Action**

To: DOCTORS MEDICAL CENTER, 2000 Vale Road, San Pablo, CA 94806

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

WALTER L. DAVIS, ESQ.
22320 FOOTHILL BLVD., SUITE 320
HAYWARD, CA 94541

510/888-9040

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: SEP - 3 2008

**CYNTHIA LENAHAN**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

WIILIA PUGH, PhD. and )
TOMMIE PUGH )
)
)
Plaintiff )
v. ) Civil Action No.
DOCTORS MEDICAL CENTER and )
MALCOLM JOHNSON, M.D. ) C08-04159 PJH
)
Defendant )

ADR

**Summons in a Civil Action**

To: MALCOLM JOHNSON, M.D., 1200 Gough St., Apt. 17C, San Francisco, CA 94109

*(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

WALTER L. DAVIS, ESQ.
22320 FOOTHILL BLVD., SUITE 320
HAYWARD, CA 94541

510/888-9040

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

SEP - 3 2008

Date: _____    CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*