ORIGINAL FILED

CHAMBER COPY – DO NOT FILE

2008 OCT -3 P 1: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
OCT 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOHN H. DODD, State Bar # 134003
   jdodd@hdmlaw.com
2  KATHRYN A. MARTIN, State Bar # 239193
   kmartin@hdmlaw.com
3  LAW OFFICES OF STEVEN D. HILLYARD, APC
   345 California Street, Suite 1770
4  San Francisco, California 94104
   Telephone: (415) 334-6880
5  Facsimile: (415) 334-6967

6  Attorneys for Defendant,
   MALCOLM JOHNSON, M.D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIA PUGH, Ph.D. and TOMMIE PUGH<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS MEDICAL CENTER and MALCOLM JOHNSON, M.D,<br><br>Defendants. | CASE NO. C08-04159 PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**STIPULATION AND ORDER RE:**<br><br>**(1) DISMISSAL OF SECOND CAUSE OF ACTION AS TO PLAINTIFF WILLIA PUGH, Ph.D., ONLY, WITH PREJUDICE; and**<br><br>**(2) WITHDRAWAL OF ALL CLAIMS FOR PUNITIVE DAMAGES, WITHOUT PREJUDICE** |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel that:

   **WHEREAS** the parties agree that the Second Cause of Action for Violation of Civil Code section 51 as alleged by plaintiff WILLIA PUGH, Ph.D., only, shall be dismissed with prejudice; and

   **WHEREAS** the parties agree that any and all claims of punitive damages as found in Plaintiffs' Complaint for Damages shall be stricken from the Complaint without prejudice; and

   **WHEREAS** the parties agree that pursuant to the Local Rules for the United States

---

1  District Court, Northern District, Rule 6-1(a), the time for defendant MALCOM JOHNSON,
2  M.D., to answer or otherwise respond to Plaintiffs' Complaint shall be extended to five (5) days
3  from the date of the Court's execution of the Order granting this Stipulation.
4      NOW THEREFORE IT IS HEREBY STIPULATED by the parties hereto, through their
5  respective counsel, that (1) Plaintiff WILLIA PUGH, Ph.D., will dismiss the Second Cause of
6  Action for Violation of Civil Code section 51 with prejudice; (2) Plaintiffs WILLIA PUGH, Ph.D.
7  and TOMMIE PUGH agree to withdraw and strike all claims for punitive damages from the
8  Complaint for Damages; (3) the time for defendant MALCOM JOHNSON, M.D., to answer or
9  otherwise respond to Plaintiffs' Complaint shall be extended to five (5) days from the date of the
10 Court's execution of the Order granting this Stipulation; and (4) this stipulation may be executed
11 by duplicating signature pages furnished via facsimile transmission.

12 DATED: OCTOBER 3, 2008          LAW OFFICES OF STEVEN D. HILLYARD, APC

13
14                                  BY: _____
15                                      JOHN H. DODD
                                        KATHRYN A. MARTIN
16                                      Attorney for Defendant, MALCOLM
                                        JOHNSON, M.D.
17

18 DATED: OCTOBER 2, 2008

19
20                                  BY: _____
                                        WALTER DAVIS
21                                      Attorney for Plaintiffs, WILLIA PUGH, PhD
                                        and TOMMIE PUGH
22

23 IT IS SO ORDERED:
                  20
24 DATED: OCTOBER   , 2008

25
26                                  BY: _____
                                        HON. PHYLLIS J. HAMILTON
27
                                        for Phyllis J. Hamilton
28

[Stamp: APPROVED / Judge Jeffrey S. White / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Left margin: LAW OFFICES OF STEVEN D. HILLYARD / A PROFESSIONAL CORPORATION / 345 CALIFORNIA STREET, SUITE 1770 / SAN FRANCISCO, CALIFORNIA 94104 / TELEPHONE (415) 334-6880]

C08-04159 PJH
STIPULATION RE: DISMISSAL OF SECOND CAUSE OF ACTION AND PUNITIVE DAMAGES

2