MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
KAREN A. SPARKS, ESQ. (State Bar No. 137715)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: ksparks@glattys.com

Attorneys for Defendant
DOCTORS MEDICAL CENTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIA PUGH, Ph.D. and TOMMIE PUGH, | Case No. C08-04159 PJH |
| Plaintiffs, | Honorable Phyllis J. Hamilton |
| vs. | **STIPULATION AND ORDER: RE** |
| DOCTORS MEDICAL CENTER and MALCOLM JOHNSON, M.D., | **1. DISMISSAL OF SECOND CAUSE OF ACTION AS TO PLAINTIFF WILLIA PUGH PH.D.** |
| Defendants. | **AND** |
| | **2. FILING OF AMENDED ANSWER BY DEFENDANT DOCTORS MEDICAL CENTER** |

Plaintiffs WILLIA and TOMMIE PUGH, by through their attorney Walter L. Davis and defendant DOCTORS MEDICAL CENTER, by and through its attorneys Joseph E. Finkel, Galloway, Lucchese, Everson & Picchi,

HEREBY STIPULATE AND AGREE that

1. The Second Cause of Action for Violation of Civil Code § 51 as alleged by plaintiff Willia Pugh PhD. shall be dismissed with prejudice; and

//

//

//

1

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

C08-04159 PJH: STIP/ORDER RE DISMISSAL OF 2ND CAUSE OF ACTION AS TO PLTF.
WILLIA PUGH AND FILING OF AM. ANSWER BY DEF. DOCTORS MEDICAL CENTER

200-8381/KAS/387292.doc

2. Defendant Doctors Medical Center may file an amended Answer pursuant to F.R.C.P. 15 (a)(2) and this written consent, said Answer to be filed within five days from the date of the Court's Order granting this Stipulation.

GALLOWAY, LUCCHESE, EVERSON & PICCHI

Dated: November 4, 2008

_____
JOSEPH E. FINKEL, attorneys for Defendant
DOCTORS MEDICAL CENTER

Dated: 11/19/08

_____
WALTER L. DAVIS, attorney for Plaintiffs
WILLIA PUGH PH.D. and TOMMIE PUGH

**ORDER**

IT IS SO ORDERED

Dated: 11/25/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

C08-04159 PJH: STIP/ORDER RE DISMISSAL OF 2ND CAUSE OF ACTION AS TO PLTF.
WILLIA PUGH AND FILING OF AM. ANSWER BY DEF. DOCTORS MEDICAL CENTER

200-8381/KAS/387292.doc