# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH, PH.D. and TOMMIE
PUGH,

        Plaintiff(s),

v.

DOCTORS MEDICAL CENTER and
MALCOLM JOHNSON, M.D.,

        Defendant(s).

CASE NO. C08-04159 PJH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
      Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
      the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

✓    other requested deadline  120 days

Dated: 11/24/08

                                   Attorney for Plaintiffs WILLIA PUGH, PH.D. and TOMMIE PUGH

Dated: 11/24/08

                                   Attorney for Defendant DOCTORS MEDICAL CENTER

Dated: _____

                                   Attorney for Defendant MALCOLM JOHNSON, M.D.

11/25/2008 17:42 4153346967 HILLYARD LAW FIRM P.2
11/25/2008 16:14 FAX 9259309035 GALLOWAY LUCCHESE ☒003/004

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH, PH.D. and TOMMIE PUGH,

    Plaintiff(s),

v.

DOCTORS MEDICAL CENTER and MALCOLM JOHNSON, M.D.,

    Defendant(s).

CASE NO. C08-04159 PJH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline 120 days

Dated: _____

Dated: 11/24/08

Dated: 11/25/08

Attorney for Plaintiffs WILLIA PUGH, PH.D. and TOMMIE PUGH

Attorney for Defendant DOCTORS MEDICAL CENTER

Attorney for Defendant MALCOLM JOHNSON, M.D.

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   120 days

IT IS SO ORDERED.

Dated: 12/2/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton