MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA  94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: ksparks@glattys.com

Attorneys for Defendant
DOCTORS MEDICAL CENTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIA PUGH, Ph.D. and TOMMIE PUGH,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DOCTORS MEDICAL CENTER and MALCOLM JOHNSON, M.D.,<br><br>  Defendants. | Case No.   C08-04159 PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**STIPULATION AND ORDER: RE EXTENSION OF MEDIATION DEADLINE** |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby declare and stipulate:

1.  The parties have met telephonically with the assistance of court appointed mediator Hon. Suzanne K. Nusbaum (Ret.) to discuss possible mediation dates.

2.  In light of counsels' schedule, the fact that California Emergency Physicians has only recently been named as a cross-defendant, and the need to conduct substantial discovery, a mediation date of October 6, 2009 was agreed upon.

3.  The parties also agreed that the deadline to complete mediation should be extended to February 1, 2010 from September 1, 2009, in the event the October 6, 2009 mediation date needs to be continued due to extenuating circumstances.

//
//

06/18/2009 10:51 FAX  9259309035          GALLOWAY LUCCHESE                      ☒004/004

Based on the foregoing, it is hereby stipulated by all parties, through their respective counsel, and with agreement of the court appointed mediator, that the deadline for completion of mediation is extended to February 1, 2010.

GALLOWAY, LUCCHESE, EVERSON & PICCHI

Dated: 6/26/09

_____
JOSEPH E. FINKEL, ESQ., attorneys for
Defendant DOCTORS MEDICAL CENTER

Dated: 6/23/09

_____
WALTER L. DAVIS, ESQ., attorney for Plaintiffs
WILLIA PUGH PH.D. and TOMMIE PUGH

*LAW OFFICE OF STEVEN D. HILLYARD, APC*

Dated: _____

_____
JOHN H. DODD, ESQ., attorneys for Defendant
MALCOLM JOHNSON, M.D.

*HINSHAW, DRAA, MARSH, STILL & HINSHAW*

Dated: _____

_____
BARRY C. MARSH, ESQ., attorneys for Third-Party
Defendant CALIFORNIA EMERGENCY
PHYSICIANS MEDICAL GROUP

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Phyllis J. Hamilton

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 800
Walnut Creek, CA 94596
(925) 930-9090

2

C08-04159 PJH: STIP/ORDER RE EXTENSION OF MEDIATION DEADLINE          200-8381/KAS/387292.doc

07/20/2009 12:25 FAX 5108889044          WL DAVIS, ESQ                          ☒003/005

Based on the foregoing, it is hereby stipulated by all parties, through their respective counsel, and with agreement of the court appointed mediator, that the deadline for completion of mediation is extended to February 1, 2010.

GALLOWAY, LUCCHESE, EVERSON & PICCHI

Dated: 6/26/09

JOSEPH E. FINKEL, ESQ., attorneys for Defendant DOCTORS MEDICAL CENTER

Dated: _____

WALTER L. DAVIS, ESQ., attorney for Plaintiffs WILLIA PUGH PH.D. and TOMMIE PUGH

LAW OFFICE OF STEVEN D. HILLYARD, APC

Dated: 6/23/09

JOHN H. DODD, ESQ., attorneys for Defendant MALCOLM JOHNSON, M.D.

HINSHAW, DRAA, MARSH, STILL & HINSHAW

Dated: 6/25/09

BARRY C. MARSH, ESQ., attorneys for Third-Party Defendant CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: 7/24/09

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (United States District Court, Northern District of California seal)*

C08-04159 PJH: STIP/ORDER RE EXTENSION OF MEDIATION DEADLINE