MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035

Attorneys for Defendant /Third Party Plaintiff
DOCTORS MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIA PUGH, Ph.D. and TOMMIE PUGH, <br><br> Plaintiffs, <br><br> vs. <br><br> DOCTORS MEDICAL CENTER and MALCOLM JOHNSON, M.D., <br><br> Defendants. | Case No. C08-04159 PJH <br><br> Honorable Phyllis J. Hamilton <br><br> **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY COMPLAINT** <br><br> Third Party Complaint Filed: April 30, 2009 <br> Trial: May 10, 2010 |
| DOCTORS MEDICAL CENTER, <br><br> Third Party Complainant, <br><br> vs. <br><br> CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP, <br><br> Third Party Defendant. | |

Defendant/Third Party Complainant DOCTORS MEDICAL CENTER and Third Party Defendant CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP through their counsel

///

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

C08-04159 PJH: STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINT

200-8381/MJE/435083.doc

1  of record, hereby stipulate that the Third Party Complaint in this action will be dismissed without
2  prejudice with these parties to bear their own attorney's fees and costs of suit.
3  Dated: November 13, 2009

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
MARTIN J. EVERSON, ESQ.
Attorneys for Defendant/Third Party Complainant DOCTORS MEDICAL CENTER

Dated: November 13, 2009

HINSHAW, DRAA, MARSH, STILL & HINSHAW

By: _____
BARRY C. MARSH, ESQ.
Attorneys for Third Party Defendant CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP

### ORDER OF DISMISSAL

Based on the above stipulation, the Third Party Complaint by DOCTORS MEDICAL CENTER against Third Party Defendant CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP is dismissed without prejudice, parties to bear their own attorney's fees and costs of suit.

Dated: November 25, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

C08-04159 PJH: STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINT

200-8381/MJE/435083.doc