1  WALTER L. DAVIS, ESQ. (098513)
   22320 Foothill Blvd., Suite 320
2  Hayward, CA 94541
   Tel: (510) 888-9040
3
   Attorney for Plaintiffs
4

5

6              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8

9
   WILLIA PUGH, Ph. D                    Case No. C08-04159 PJH
10 and TOMMIE PUGH,
                                         **STIPULATION re:  CONTINUING**
11         Plaintiffs                    **HEARING ON MOTIONS FOR**
                                         **SUMMARY JUDGMENT AND**
12 v.                                    **EXTENDING TIME FOR FILE**
                                         **OPPOSITION and ORDER**
13

14 DOCTORS MEDICAL CENTER and,
   MALCOLM JOHNSON, M.D.,
15
           Defendants.
16 _____/

17     IT IS HEREBY STIPULATED AS FOLLOWS:

18     Counsel for Plaintiffs has noticed a Motion to Withdraw for January 13, 2010. Subsequent

19 to the service of said Motion, the Defendants DOCTORS MEDICAL CENTER and MALCOLM

20 JOHNSON, M.D. filed and served their Motions for Summary Judgment with a hearing date of

21 January 20, 2010.

22     Due to the conflict of interest between counsel for the Plaintiffs and the Plaintiffs (as set forth

23 in the Motion to Withdraw), a timely response is not possible.

24 / / /

25

26

*Pugh v. Johnson*
STIPULATION RE: CONTINUANCE                                                                    1

1   Accordingly, the parties have agreed to a one time continuance of the hearing date on the
2   Motions for Summary Judgment for 30 days and grant Plaintiffs an additional 30 days to file their
3   opposition.

4   DATED: December 29, 2009             /S/
                                          WALTER L. DAVIS, ESQ.
5                                         Attorney for Plaintiffs

7   DATED: December 29, 2009             /S/
                                          JOSEPH FINKEL, ESQ.
8                                         Attorney for Doctors Medical Center

10  DATED: January 4, 2010               /S/
                                          JOHN DODD, ESQ.
11                                        Attorney for Malcolm Johnson, M.D.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 1/7/10
                                          THE HONORABLE PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Pugh v. Johnson*
STIPULATION RE: CONTINUANCE                                                                 2