UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH, et al.,

       Plaintiffs,                        No. C 08-4159 PJH

    v.                                 **ORDER**

DOCTORS MEDICAL CENTER, et al.,

       Defendants.

_____/

       The motion of Walter Davis to withdraw as counsel of record for plaintiffs Willia and Tommie Pugh is GRANTED. J. Wayne Herron is substituted as counsel of record for plaintiffs.

       As directed at the hearing, the parties shall meet and confer, and select a date for a case management conference to discuss the pretrial schedule. Counsel shall contact the clerk by telephone to advise the court of the date the parties have selected. The date shall be any Thursday at 2:00 p.m. On this occasion only, the joint case management conference statement must be filed no later than one (full) day before the case management conference.

**IT IS SO ORDERED.**

Dated: January 13, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge