UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH, et al.,

    Plaintiffs,

v.

DOCTORS MEDICAL CENTER, et al.,

    Defendants.
_____/

No. C 08-4159 PJH

**ORDER**

The court is in receipt of a chambers copy of the Declaration of J. Wynne Herron in support of plaintiffs' opposition to defendants' motions for summary judgment. The declaration is not in usable format.

Attached to the declaration are what appear to be eight exhibits. However, the exhibits are not tabbed. The court is unable to locate untabbed exhibits, and will review the exhibits only if plaintiffs' provide a usable copy of the declaration no later than March 4, 2010.

**IT IS SO ORDERED.**

Dated: March 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge