UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH, et al.,

    Plaintiff(s),

    v.

DOCTORS MEDICAL CENTER, et al.,

    Defendant(s).
_____/

No. C 08-4159 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE AND REVISED PRETRIAL SCHEDULE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Ryu, to conduct a mandatory settlement conference by April 21, 2010.

The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Ryu.

Due to conflicts in the court's schedule, trial is advanced one week from May 10 to May 3, 2010 at 8:30 a.m. The pretrial conference is similarly advanced from April 29 to April 22, 2010, at 2:00 p.m. Pretrial papers shall be filed by April 1, 2010 and oppositions to any motions in limine shall be filed by April 9, 2010.

**IT IS SO ORDERED.**

Dated: March 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Magistrate Judge Ryu