United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH, et al.,

    Plaintiffs,

    v.

DOCTORS MEDICAL CENTER, et al.,

    Defendants.

    _____/

No. C 08-4159 PJH

**FINAL PRETRIAL ORDER**

    Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, this final pretrial order is hereby entered and shall control the course of the trial unless modified by a subsequent order. The joint pretrial statement of the parties is incorporated herein except as modified by the court's ruling on the pretrial motions and objections.

I.    <u>MOTIONS IN LIMINE</u>

    Plaintiff's pretrial conference motion to amend the first amended complaint ("FAC") is DENIED.

    Doctors Medical Center's motion to exclude the investigative report of the Department of Public Health is GRANTED, however, percipient witnesses who gave statements to the investigator may themselves testify.

    As no opposition was filed, Doctors Medical Center's motions to exclude evidence of damages from physical injury to Tommie Pugh, to exclude evidence of Tommie Pugh's

emotional distress following his departure from the medical center, and to exclude evidence of claims and injuries not pled in the FAC are GRANTED.

Dr. Johnson's motion to exclude portions of the Department of Public Health's investigative report is GRANTED.

Dr. Johnson's motion to exclude evidence or argument regarding his discriminatory intent is DENIED.

As no opposition was filed, Dr. Johnson's motions to exclude evidence or argument regarding insurance coverage, to exclude evidence or argument regarding other claims or lawsuits against him, and to exclude plaintiffs' untimely disclosed expert rebuttal report are GRANTED.

## II.   WITNESSES & EXHIBITS

Any objections to witnesses and exhibits shall be brought to the court's attention on the afternoon preceding that witness's testimony or the introduction of the exhibit.  The court anticipates the first conference about witnesses and exhibits will take place on the first day of trial following impanelment of the jury and opening statements.

## III.   VOIR DIRE

Each party will be permitted 15 minutes for followup questions after the court's voir dire of the entire panel and before the exercise of any challenges.  The court will incorporate those questions submitted jointly by the parties.  Case specific questionnaires are not used unless jointly requested by all parties.  Thus, Dr. Johnson's separately proposed questionnaire will not be used.

## IV.   JURY INSTRUCTIONS

The court will instruct the jury in accordance with the standard 9th Circuit Model instructions set forth in the case management and pretrial order.  In addition the court will give the joint instructions submitted by the parties EXCEPT "Evidence in Electronic Format" will not be given as the court does not send computers or projectors into the jury room and Special Instruction No. 2 will not be given as it is an incorrect statement of the law.  The

2

1  parties shall each submit revised instructions on EMTALA and negligence per se no later
2  than April 26, 2010.  Additionally, two instructions are necessary but are not included in the
3  parties' joint set: 1) claims and defenses and 2) damages.  The parties shall submit jointly
4  these two instructions on the first day of trial.

5  V.   TRIAL SCHEDULE AND TIME LIMITS

6  Jury Trial will commence on Monday May 3, 2010, and run for six court days on
7  Mondays, Tuesdays, Thursdays and Fridays.  The trial day is from 8:30 a.m. to 1:30 p.m
8  with two 15-minute breaks.  Each of the four parties will be permitted 5 hours for direct and
9  cross-examinations and opening statements.

10 Counsel shall familiarize themselves with the court's Trial Rules filed on April 22,
11 2010, with which they will be required to comply at trial.

12 IT IS SO ORDERED.

13 Dated: April 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

3