J. WYNNE HERRON, ESQ., (State Bar No. 71192)
LAURA HERRON WEBER, ESQ. (State Bar No. 226934)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA  95476
Telephone:  (707) 933-4430
Facsimile:  (707) 933-4431
E-Mail:  wynne@herron-herron.com

Attorneys for Plaintiff(s), WILLIA PUGH, Ph.D. and
TOMMIE PUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIA PUGH, Ph.D. and TOMMIE PUGH, <br><br> Plaintiff(s), <br><br> vs. <br><br> DOCTORS MEDICAL CENTER and MALCOLM JOHNSON, M.D., <br><br> Defendant(s). | No. 4:08-cv-04159-PJH <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO USE ELECTRONIC DEVICES IN CONNECTION WITH THE TRIAL (General Order No. 58) <br><br> **Trial Date: March 14, 2011** |

After considering the papers filed in support of this request, IT IS HEREBY ORDERED:

Plaintiff's request for permission to bring into the courtroom and use electronic devices in connection with the trial in this matter for the purpose of playing security footage from the February 19, 2008 exchange between Dr. Johnson and Mrs. Pugh is hereby GRANTED.

A copy of this Order shall allow Plaintiff and those acting on her behalf to bring the electronic equipment necessary to play the security footage into the courthouse and courtroom to operate these devices during the trial.  Presentation of this signed Order shall entitle

1  the individual transporting said electronic devices into the courthouse and courtroom with
2  permission to enter said premises.

4  **IT IS SO ORDERED,**

7  DATED: ___January 27, 2011___

*[Signed and sealed: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*