UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH,

       Plaintiff(s),                                   No. C 08-4159 PJH

   v.                                           **SECOND FINAL PRETRIAL ORDER**

MALCOLM JOHNSON, M.D.,

       Defendant(s).
_____/

      Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, this final pretrial order is hereby entered and shall control the course of the trial unless modified by a subsequent order. The joint pretrial statement of the parties is incorporated herein except as modified by the court's ruling on the pretrial motions and objections.

I.     MOTIONS IN LIMINE

    A.     Plaintiff's motion to exclude character evidence of defendant is GRANTED, except that evidence as to defendant's background, experience and nature of his working environments will be permitted.

    B.     Defendant's motion to preclude admission of the DHHS report is GRANTED, except, the report may be used consistent with FRE 613.

    C.     Defendant's motion to preclude evidence or reference to whether defendant is insured is GRANTED.

    D.     Defendant's motion to preclude evidence of or reference to any other claims that may have been made against defendant is GRANTED.

    E.     Defendant's motion to preclude reference to any alleged discrimination by defendant is GRANTED. However, any of the facts establishing the conduct on the night in question may be shown by admissible evidence, but such facts or conduct may not be characterized as discrimination as that claim has been dismissed.

F.  The motion to preclude evidence of or reference to EMTALA or any violation of EMTALA is GRANTED. However, the court DEFERS ruling on whether evidence of any duty arising under EMTALA or hospital policy can be admitted on the remaining claim.

G.  The court similarly DEFERS ruling on defendant's motion to preclude evidence of events transpiring after plaintiff left DMC.

H.  Defendant's motion to preclude testimony of Tommie Pugh is DENIED. He may, however, only testify as to events within his own personal recollection, which the evidence shows covers only the first visit to the hospital.

## II.  WITNESSES

Defendant may call the three witnesses on his list. Plaintiff may call the first five witnesses on her list. Before Michael Gray may be called as a witness, an offer of proof must be made. Only one of the two DHHS witnesses may testify for impeachment purposes, subject to plaintiff's proof as to the admissibility of the testimony.

## III.  EXHIBITS

Plaintiff's exhibits number 1, and 6 are admissible; 2, 3, and 5 are not; and 4 depends on the court's ruling as to the scope of the context evidence that will be permitted. The defendant's proposed exhibits were not addressed, but objections, if any may be made, following jury selection, before commencement of the presentation of evidence.

## IV.  VOIR DIRE

The court will incorporate the parties' jointly submitted questions into its voir dire, but will not use the long questionnaire separately submitted by defendant. Seven jurors will be selected.

## V.  JURY INSTRUCTIONS

All of the jointly submitted instructions will be given along with the court's standard model instructions, except for Model Instr. 2.14. Of the competing versions of CACI 1600, the court will give plaintiff's.

VI. <u>TRIAL SCHEDULE AND TIME LIMITS</u>

Jury selection will take place on Friday March 11, 2011, at 8:30 a.m. After jury selection, the further pretrial conference will take place to finalize issues as to scope of the evidence. The parties shall meet and confer on this issue and attempt to arrive at a mutually satisfactory resolution as well as limiting instructions. If unable to do so, the parties must work with Magistrate Judge Ryu on this question at the time of the next settlement conference. Trial will be conducted over three days, March 14, 15, and 17, 8:30 a.m. to 1:30 p.m. Each party will be allotted 5 hours excluding opening statements and closing arguments.

IT IS SO ORDERED.

Dated: February 18, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge