UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIA PUGH,

        Plaintiff(s),　　　　　　　　　　No. C 08-4159 PJH

   v.　　　　　　　　　　　　　　　　**ORDER RE JURY INSTRUCTIONS**

MALCOLM JOHNSON, MD,

        Defendant(s).
_____/

    While reviewing the jury instructions in preparation for Friday's jury selection, the court noticed that the parties have not submitted an instructions describing their claims and defenses as per 9th Circuit Model Instruction 1.2.  A description of the claims and defenses is needed for voir dire and so that the court may give the preliminary instructions on Friday.  The parties shall submit a jointly prepared instruction for these purposes no later than 12:00 noon on Thursday March 10, 2011.

    **IT IS SO ORDERED.**

Dated: March 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge